Mr. James Lynn O'Hines 197067
Name and Prisoner/Booking Number

ASPC FLORENCE EYMAN Complex Smu II
Place of Confinement

P.O. Box 1-D-40 #
Mailing Address

FloRENCE Az 85232 #
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO:
Court ✓   ProSe ___

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### And THE DISTRICT of CALIFORNIA

Mr. James Lynn O'Hines )
(Full Name of Plaintiff) )
       Plaintiff, )
 )
vs. )  CASE NO. **'08 CV 0681 BTM BLM**
 )   (To be supplied by the Clerk)
(1) Bivens v. Six unknown Federal Narcotics )
(Full Name of Defendant) )
Agents 403 us 388 (1971) )
(2) Captain Ortiz )
 )
(3) Bivens V. Six unknown Federal Narcotic Agents )
 )
(4) Eric S. Pierson * % I.O- )
       Defendant(s). )
☐ Check if there are additional Defendants and attach page 1-A listing them.

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: The Prison Litigation Reform Act 1996 : Prison Rape Elimination Act Laws. 1435 on Sept 4, 2003 President George W. Bush signed into Law.
2. Institution/city where violation occurred: Donovan, San Diego, Alhambra, Buckeye, Florence. Arizona Dept of Corrections. And Corcoran California.

Revised 3/9/07

1

550/555

CR

**B. DEFENDANTS HIV+ FOR IMMINENT DANGERS.** ✱

(1. Name of first Defendant: **Bivens V. Six unknown Federal Narcotics Agents 403 US 388 (1971)**. The first Defendant is employed as:
**SMUII c/os Dayshift Nightshift AM/PM** (Position and Title) at **FLORENCE STATE PRISON, FLORENCE AZ.** (Institution) )

(✱ **SAN DIEGO CALIF transient c/os to Arizona Maricopa Pinal Coconino and Bisbee Az.** ✱)

2. Name of second Defendant: **Capt ORTIZ**. The second Defendant is employed as:
**Interstate Compact CDC union peace officer** (Position and Title) at **Corcoran Calif and Florence Az.** (Institution)

3. Name of third Defendant: **Bivens v. six unknown Fed. Narc. Agents**. The third Defendant is employed as:
**transient c/os San Diego to Phoenix area** (Position and Title) at **RJ Donovan, PVP, FSP ASH via (cme) Florence.** (Institution)
**Peace officers Union C(C)POA California Peace officer Association (Correctional)**

4. Name of fourth Defendant: **FLORENCE Medical Staff Drs.**. The fourth Defendant is employed as:
**Psychiatrist & psychologists A.V.7** (Position and Title) at **Florence SMUII State Agency Website.** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? **Numerous #**. Describe the previous lawsuits: **Up to date:**

   a. First prior lawsuit:
      1. Parties: **James Lynn O'Hinis** v. **Eric S. Pierson Correctional Family Personnel**
      2. Court and case number: **Pinal County Superior Court 2008 00031**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending.#**

   b. Second prior lawsuit:
      1. Parties: **James Lynn O'Hinis** v. **Sheriff Joe Arpaio**
      2. Court and case number: **Pinal County Superior court CV 2007 02420**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending #**

   c. Third prior lawsuit:
      1. Parties: **James Lynn O'Hinis** v. **San Diego Maricopa County Parole and CSO Janet Napolitano Dora B. Schriro**
      2. Court and case number: **Pinal County Superior Court CV2007 01564**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending.**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

COUNT I 8th Amend. U.S. Const. Cruel Unusual.

1. State the constitutional or other federal civil right that was violated: §504 of the Rehabilitation Act of 1973 § 744(a) 42.U.S.C. §12131 (et seq.) Excessive cruel unusual punishment is inflicted on day to day basis because of disability: Eyes and Ears impairment.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Who? As Supervising Agents employed at Florence with A.D.O.C. Badges and Name tags of various alias, a.k.a.s. Bivens v. six unknown Federal Narcotics Agents: (1) Morenez (2) HEIMS (3) MOORE (4) RAMOS (5) Fridenmaker (6) Sgt McKellen #
   What is happening? Sensory Deprivations by automations of audio video technician programmers, to create hypnosis, to distract, deny concentration. From 3-4-08 Verbal provocations of violent altercations, no food, no yard, no hygine supplies w/our confrontations.
   How it denies protection from injury? Example: On 3-4-08, aka % Morenez and plaintiffs plea for a grievance form resulted in handcuffed self defense physical "hands on" violent altercation w/our remedy for worsening conditions and denials. #
   When does it happen? Exit from cell to yard, or shower or at scheduled food meal feeding times any time contact is made with Unit staff or/ and supervisors. E.g. on 3-7-08 Report for memory loss "argument" 1/2 truth. #
   Where it is happening at? Computer supervised Prisons: Security Mngr Units Corcoran Calif from RJ Donovan to Alhambra to Buckeye to Florence. In and out of custody, on parole, state to state. w/ priors. Retro-actively.
   And why does it happen? 1st, Because of eye and ear disability Amlyopia and 2nd, as a.k.a. State Hospital Parollee of Seminole indians W/ Evidence Exposure Homicides L.A.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Unbalanced Diet, dirty personal hygine unshaven, no laundry, sensory deprivations. Physical scars and wounds day to day w/ officers fighting for necessities. Obstruction to due process for ipso facto proxy cases San Diego to Phoenix and Los Angeles Ca. since 1996-97 % Franco % Fridenmaker A.V.T. audio-video computer harassments.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A submitted for Overfamiliarity Oct 8 2006 referencing that Staff is known to me from San Diego St.Lois Santa Barbara Los Angeles Ca. *

Who? Deputy Warden supports word vs word by Rule Violations Reports. Various Write Ups. *
   ? COII Fridenmaker of EASY and Fox 3 unit is Mo, Ca, Az correctional agent "SLA". *
What? SLA Female staff Gang is a "Stalking" threat to male inmate. *
How? Transient California Staff uses computer audio video surveillance. *

## COUNT II

1. State the constitutional or other federal civil right that was violated: The Right to be free from association of Adverse Authority State to state, prison to prison "Corcoran to Florence."

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   - ☒ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   - ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Who? Capt Ortiz

   What is happening? Reverse Racial, Sexual, Religious discriminations. Failures to take steps to communicate effectively w/out propensity for illegal activities, due care not to delegate substantial leeway for/of discretionary authority in/out custody. How it denies protection from injury? Out of Context, procedures and standards to prevent and detect violations of the law ... to cause physical injury or damage of property, induce or solicit another person into street gangs by supervisors for example. Because it threatens or/and intimidates. When has or does it happen? Since arrival from Corcoran State Prison from Folsom Isolated Units, 1# Man cells, Atascadero to Alhambra to Buckeye to Florence. 1998 to EPRD 2-17-10, 24 hours a day by sensor audio surveillance interrogation. Where is it happening at? Florence SmuII security mngt. unit (from Corcoran & Hv Hanford County California) *

   And why does it happen? Overfamiliarity. Computer - compulsive obsessive A.V.T audio - video - technical assistants. San Diego, Phoenix Santa Barbara, peace officer family community relationships (Los Angeles, St Louis Mo) eg.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have been associated to mexicano street gangs as a Seminole white indian. Rule Violations Reports consist of vandalism, threats, disrespect, disobeying orders to deny qualification to participate in programs due to hearing visual disabilities. Denies Earliest possible Release Date. Steals time.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A submitted. Request for transfer to Tucson or SmuI denied Dept. Warden Johnson. 11/13/06.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>The Right to have jurisprudent access to the State, Federal, Courts for appellate, criminal, civil issues. 14th Amendment.</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities    ☐ Mail    ☒ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Who? Defendant(s) only identifiable as Bivens V. Six unknown Federal Narcotics Agents or/as familial peace officers over familiar by recognition from Florence to places as people. San Diego Narc Squad, Phoenix Narc Squad, as c/os.
   What is happening? Numerous appeal filings w/ numerous defendants Exhaustion of Remedies for procedural denials. State and Federal, But w/ California agreements for comprehensible grounds.
   How does this deny protection from injury? Example: On 24 January, 2008, a March 1st 2007 Motion for compensation denied as moot was the Federal Courts Response for plaintiffs defenses and objections and Reply forwarded in response to denial of appeal never mailed as documented.
   When did it happen? Between the 10 to 20 days allowed to provide the correct answer in response to Report and Recommendation 12-21-07 to 1-4-08 #
   Where is it happening at? Florence State Prison Small Matrix.
   Why did it happen? Because plaintiff is able to present comprehensible grounds for relief within the District.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have been denied a full and fair review for appellate process due to obstruction. Overburdensome influences State to State have abridged privileges and immunities. Investigative Detentions Co jail St prison 10/10/04 & 8/6/05 imparlances invented to incriminate.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Submitted on 12-31-07 #. Inmate Grievance Legal supplies and copies C.C. by hand of mailed document as # total of 55 pgs w/ Forms in support.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## CAUSE OF ACTION.
### Count IV.

State the Constitutional or other Federal Right that is violated: Medical and psychiatric discriminatory practices. The right to know what medication you are prescribed and the side effects of the medication. And Not to be involuntary intoxicated.

Issue: Medical care, Diagnosis, Analysis, Prognosis, Prescription Drugs.

Supporting Facts: Who? Doctor(s) Medical staff at Florence small as: "Tatto Inc MO." (Defendant). Wilshire Los Angeles Ca. Camino del Rio South San Diego Ca. What is happening? On a day to day basis as arrival from Atascadero and Nelson-Haven Board and Care Home San Diego Ca. Discriminatory Medical care, Diagnosis, Analysis, Prognosis, and Prescription Drugs. How it denys protection from injury? Facial affect transformations created by confused Molecular Macrobiological synapos of the Brain as an organ unexpectedly without Informed consent.
When does it happen? Day to Day. At Food feeding times A.M./P.M meals.
Where is it happening at? Florence, Arizona via Atascadero, and San Diego Ca.
Why does it happen? Because petitioner is a favored beneficiary to an Estate of Colo Acres approx $100,000.⁰⁰ And witnessed C.D. Rom of double-homicide Brentwood Calif via Del Mar calif. And petitioner is a c/w singer-songwriter w/ Nashville Tn. History. Also to Enhance psychosymatic reactions of Behavioral Science by sound decibals for Diagnosis etc. w/out a Doctor-patient "First do no harm policy".
Injury? At 43 increased risks of Heart failure due to nervous and palpitating Increased heart rate. "Blood pressure too high".
Exhaustion of Remedies? Yes. 42 usc 1997 e (2). 11/13/06 Request to be moved to Tucson for job as blind disability eye, and deformed ear.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(1). Concurrent jurisdiction and conversion of custody due to case factors of: Breach of Con Rep Contract Atascadero State Hospital as aka of Jackson Malloy K86499 civil moo and Witness and exposure to evidence 1996-97 Los Angeles double Homocides pre-civil m.o.o. post civil moo physical injuries repeated hospitalizations arrests violent episodes exposures to risk of loss of life or limb. (2) Financial compensation for public Health and safety violations in/of protected activity state to state by statute 42 U.S.C 1396 r. (3) Accreditation for Hertzberg-Leslie Wit protection Act. # (3). Parole Agents from California have threatened to shoot in the future if violence even in self defense justification third party property, others continues line of duty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 7th 2008.**
                DATE
                                                                    _James Lynn O'Alinas_
                                                                    SIGNATURE OF PLAINTIFF

_CMS Region 9 Jeff Flick Regional Admin._
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_pro per/in persona    James Lynn O'Alinas_
(Signature of attorney, if any)
_75 Hawthorne Street Suite 408_
_San Francisco Ca. 94105_
_415 · 744 · 3501_
_1-888-Its-Not-ok   1-888-787-6686._ #
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

FILING FEE PAID
Yes ☐ No ☑
IFP MOTION FILED
Yes ☐ No ☑
COPIES SENT TO
Court ☑  Pro Se ☐

Ortiz, et al

FILED
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
ADC# 197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0681 BTM BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23     DEMAND $     Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):     JUDGE     Docket Number

DATE  4/14/2008     SIGNATURE OF ATTORNEY OF RECORD